No. 89–7698. IN RE MAHDAVI. C. A. 9th Cir. Certiorari denied.

No. 89–7699. MCCOLPIN v. OWENS. C. A. 10th Cir. Certiorari denied.

No. 89–7700. MARTIN v. FARNAN. C. A. 3d Cir. Certiorari denied.

No. 89–7701. MORTON v. MICHIGAN. Sup. Ct. Mich. Certiorari denied.

No. 89–7703. MALTBY v. UTAH NON-PROFIT HOUSING CORP. ET AL. C. A. 10th Cir. Certiorari denied.

No. 89–7704. MCGUIRE v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 89–7705. MOORE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 89–7706. VISSER v. UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT. C. A. D. C. Cir. Certiorari denied.

No. 89–7707. STORY v. WYOMING. Sup. Ct. Wyo. Certiorari denied.

No. 89–7708. AYERS ET AL. v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 89–7710. LOCKLEAR v. DELAWARE ET AL. Sup. Ct. Del. Certiorari denied.

No. 89–7711. ALVAREZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 89–7712. BENITEZ v. ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 89–7713. SCOTT v. SINGLETON, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 89–7714. STEDMAN v. FARM CREDIT BANK OF ST. PAUL ET AL. Sup. Ct. N. D. Certiorari denied.